Thomas J. Tarkoff, Esq., SBN 160994
**FOLEY & MANSFIELD, P.L.L.P.**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
Telephone: (510) 590-9500
Facsimile: (510) 590-9595
Email: ttarkoff@foleymansfield.com

Attorneys for Defendant(s)
**SUNBEAM PRODUCTS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MURRAY, | Case No. 15-cv-00037-JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF PARTIES' CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SUNBEAM PRODUCTS, INC., a corporation; and DOES 1 through 500; | District Judge: Jeffrey S. White |
| Defendants. | Action Filed: December 5, 2014 |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Civil L.Rs. 6-1(b); 6-2; 7-12 and 16-10, the parties to this action, LARRY MURRAY ("Plaintiff") and SUNBEAM PRODUCTS, INC. ("Defendant") hereby stipulate and request that this Court enter an order continuing the Case Management Conference, currently scheduled for April 17, 2015, by approximately 30 days. Good cause, as explained below and in the accompanying declaration of Thomas J. Tarkoff, exists for this request.

1.  Pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16-10, this Court ordered a Case Management Conference to be held on April 17, 2015 at 11:00 a.m. in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California. This Court further ordered that "lead counsel" must appear at the Case Management Conference.

///

2. Thomas Tarkoff, lead counsel for Defendant in this matter, is unavailable to appear at the Case Management Conference on April 17, 2015 because of a conflict with a trial in Alameda County Superior Court.

3. Counsel for both parties have met and conferred regarding the foregoing information and have agreed that a Case Management Conference extension of approximately 30 days is warranted and amenable in this case.

FOLEY & MANSFIELD, P.L.L.P.

Dated: March 19, 2015

By: _____
THOMAS J. TARKOFF
Attorney for Defendant SUNBEAM PRODUCTS, INC.

LAW OFFICES OF JOHN E. HILL, A PROFESSIONAL CORPORATION

Dated: 3/18/2015

By: _____
JOHN E. HILL
Attorney for Plaintiff LARRY MURRAY

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF
PARTIES' CASE MANAGEMENT CONFERENCE

# [~~PROPOSED~~] ORDER

Based upon the agreement of the parties, the Case Management Conference is continued from April 17, 2015 to __May 22__, 2015 at __11:00__ a.m./~~p.m.~~ in Courtroom 5, 2nd Federal Courthouse, 1301 Clay Street, Oakland, California. All orders related to filing of a case management statement shall be governed by the new case management conference date. The parties' joint case management statement shall be due on May 15, 2015.

IT IS SO ORDERED.

Dated: __March 20__, 2015

_____
JEFFREY S. WHITE
United States District Judge