IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>    Defendant.<br>_____/ | No. C 15-00037 JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Donna M. Ryu for all further proceedings. The Magistrate Judge may consider retaining the discovery and pretrial dates set by this Court but are not bound by them.

    **IT IS SO ORDERED.**

Dated: June 1, 2015

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk