United States District Court
Northern District of California

1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY MURRAY,                                 Case No.  15-cv-00037-DMR

                Plaintiff,

8

        v.                                         **AMENDED ORDER OF DISMISSAL**

9

10   SUNBEAM PRODUCTS, INC.,

                Defendant.

11

12          In light of the declaration filed by the Plaintiff regarding the status of the settlement ["Hill

13   Decl.", Docket No. 45], the court files an amended order of dismissal.  This order shall supersede

14   the court's January 19, 2016 Order of Dismissal.  [Docket No. 44.]  Plaintiff has indicated that the

15   settlement funds have not yet been paid due to a Medicare lien and requests that the court continue

16   the terms of its January 19 Order of Dismissal from its original due date of March 19, 2016, to

17   June 17, 2016 to give the parties time to resolve the Medicare lien.

18          IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

19   provided, however, that if any party hereto shall certify to this court, by June 17, 2016, with proof

20   of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement

21   has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith

22   be restored to the calendar to be set for trial.  All further dates are vacated.

23

24          **IT IS SO ORDERED**.

25   Dated: March 14, 2016

26   _____

27   DONNA M. RYU
     United States Magistrate Judge

28